■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERNDON SHAW and GRADY SMITH, Appellants.— Appeal by each defendant from a judgment of the former County Court, Kings County, rendered May 1, 1961 after a jury trial, convicting him of robbery and grand larceny, both in the first degree, and of assault in the second degree; and imposing sentence. Judgment as to both defendants affirmed. In our opinion, the amendment to section 275-b of the Code of Criminal Procedure (L. 1961, ch. 687), effective July 1, 1961, cannot be retroactively applied, where, as here, defendants were

indicted, tried and sentenced before its effective date. Moreover, "such construction does not deny [to the defendants here] due process of law or the equal protection of the law" (*People* v. *Blume*, 12 N Y 2d 705, 706). Beldock, P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.